ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                   )
                                               )
Acciona Construccion, S.A.                     )   ASBCA Nos.  62136, 62551
                                               )
Under Contract No.  N62470-13-C-3014           )

APPEARANCES FOR THE APPELLANT:         Laurence Schor, Esq.
                                       David A. Edelstein, Esq.
                                       Allison Geewax, Esq.
                                         Asmar, Schor & McKenna, PLLC
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       David M. Ruddy, Esq.
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  January 27, 2021

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62136, 62551 Appeals of Acciona Construccion, S.A., rendered in conformance with the Board's Charter.

Dated:  January 27, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals